Seibold v. Christman.

SEIBOLD et al., Appellants, v. CHRISTMAN.

1. **Husband and Wife**: TRUSTS. When a husband purchases real estate with his own money and causes the conveyance to be made to his wife, there is no presumption of a resulting trust, but *prima facie* this is a provision for the wife.

2. ——— : ——— : EVIDENCE. Evidence of declarations and of acts of the wife is competent to show that the intention of the parties was that the wife should hold for the husband; and the finding of the jury as to the fact is conclusive.[*]

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

*Fredk. Gottschalk* for appellants.

*Bland & Schnaake* for respondent.

NORTON, J.—This is an action of ejectment to recover possession of a certain lot in the city of St. Louis, which being tried, judgment was rendered for the defendant, which on the appeal of plaintiffs to the St. Louis court of appeals, was by that court affirmed, from which plaintiffs have appealed to this court. The cause is reported in 7 Mo. App. 254, where a full statement of it is given. After a careful examination of the record, the authorities to which we have been cited by counsel, and the facts of the case as shown by the evidence, we are satisfied that the judgment should be affirmed, and for the reasons given in the opinion rendered by said court. Judgment affirmed, in which all concur.

———

*These syllabi are taken from 7 Mo. App. 254.